UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CALVIN LEE CRADDOCK** | **CIVIL ACTION** |
| **VERSUS** | **NO. 10-2044** |
| **N. BURL CAIN, WARDEN** | **SECTION "N"(6)** |

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, filed by the petitioner on February 22, 2011 ( Rec. Doc. No. 25), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Calvin Lee Craddock for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DENIED WITHOUT PREJUDICE** due to his failure to exhaust his state court remedies.

**IT IS FURTHER ORDERED** that petitioner's motion for stay and abeyance (rec. doc. 16) is **DENIED**.

**IT IS FURTHER ORDERED** that petitioner's motion for leave to file an amended complaint (rec. doc. 17) is **DENIED**

New Orleans, Louisiana, this 24th day of February, 2011.

UNITED STATES DISTRICT JUDGE