UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CALVIN LEE CRADDOCK** | **CIVIL ACTION** |
| **VERSUS** | **NO. 10-2044** |
| **N. BURL CAIN, WARDEN** | **SECTION "N"(5)** |

## ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by plaintiff on April 24, 2014 (Rec. Doc. No. 58), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that the petition of Calvin Lee Craddock for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 15th day of May, 2014.

_____
UNITED STATES DISTRICT JUDGE